[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 29, 2008
THOMAS K. KAHN
CLERK

No. 07-14202
Non-Argument Calendar

D. C. Docket No. 04-14009-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY DARNALL

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

**(April 29, 2008)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for Timothy Darnall, has filed a motion

to withdraw on appeal supported by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d. 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED and Darnall's conviction and sentence is AFFIRMED